1 | THOMAS P. O'BRIEN
United States Attorney
2 | CHRISTINE EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. SBN 187111)
4 | Assistant United States Attorney
Deputy Chief, Major Frauds Section
5 |     1100 United States Courthouse
    312 North Spring Street
6 |     Los Angeles, California 90012
    Telephone:  (213) 894-2432
7 | NANETTE L. DAVIS
Trial Attorney (Virginia SBN: 31616)
8 | Tax Division, Northern Criminal Enforcement Section
DANNY N. ROETZEL
9 | Trial Attorney (Missouri SBN 34879)
ELLEN M. QUATTRUCCI
10 | Trial Attorney (D.C. BN: 462103)
Tax Division, Western Criminal Enforcement Section
11 | United States Department of Justice
    P.O. Box 972
12 |     Washington, D.C. 20044
    Telephone: (202) 514-5150
13 |     Facsimile: (202) 616-1786

14 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR 05-316-DSF |
|---|---|
| Plaintiff, | ) **ORDER REGARDING GOVERNMENT'S** |
|  | ) **DISCLOSURE OF MATTERS OCCURRING** |
| v. | ) **BEFORE THE GRAND JURY** |
| JOHN S. LIPTON, | ) |
| MARLYN D. HINDERS, | ) Date: April 28, 2008 |
| DAVID L. JOHNSON, | ) Time: 3:00 p.m. |
| RICHARD B. LEONARD, | ) |
| WILLIAM H. NURICK, | ) |
| VICTOR H. PRESTON, | ) |
| DENISE TAYLOR-FRASER, | ) |
| WILLIAM TAYLOR-FRASER, and | ) |
| TERESA R. VOGT, | ) |
| Defendants. | ) |

1    The Court, having considered the government's Ex Parte
2 Motion For Authorization To Disclose Matters Occurring Before The
3 Grand Jury, and the record and file in this case, for good cause
4 shown,

5    HEREBY ORDERS that plaintiff United States of America is
6 authorized to disclose to defendants and their counsel of record
7 copies of the memoranda of interview (and any agent notes of the
8 interview) of witnesses whom the government intends to call in
9 its case-in-chief that reference matters occurring before the
10 grand jury.  This Order is being entered to permit compliance
11 with the disclosure provisions of the Jencks Act, 18 U.S.C. §
12 3500, and of Rule 16 of the Federal Rules of Criminal Procedure.

13    IT IS FURTHER ORDERED that defendants and their counsel
14 shall not disclose any grand jury materials to any other person
15 or persons, except as necessary in preparation of the defense in
16 this case, without prior authorization from this Court.

17    This order is being entered based on this Court's finding
18 that such disclosure is in the interests of justice and does not
19 significantly compromise the imperative of grand jury secrecy.

20    IT IS FURTHER ORDERED that the copies of the memoranda of
21 interview and agent notes provided to defendants and defense
22 counsel(and any reproductions or copies made of the produced
23 copy)shall be returned to the government at the conclusion of the
24 //
25 //
26 //
27
28                            2

1  proceedings in this case.

2

3  DATED:   April 30, 2008.

4                                       _____
5                                       HONORABLE DALE S. FISCHER
                                        United States District Judge
6

7
   Presented by:
8

9  _____
   RANEE A. KATZENSTEIN
10 Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              3