1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   RANEE A. KATZENSTEIN (Cal. SBN 187111)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-2432
7  NANETTE L. DAVIS
   Trial Attorney (Virginia SBN: 31616)
8  Tax Division, Northern Criminal Enforcement Section
   DANNY N. ROETZEL
9  Trial Attorney (Missouri SBN 34879)
   ELLEN M. QUATTRUCCI
10 Trial Attorney (D.C. BN: 462103)
   Tax Division, Western Criminal Enforcement Section
11 United States Department of Justice
        P.O. Box 972
12      Washington, D.C. 20044
        Telephone: (202) 514-5150
13      Facsimile: (202) 616-1786

14 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

15

16                    UNITED STATES DISTRICT COURT

17              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR 05-316-DSF |
|---|---|
| Plaintiff, | ) PROTECTIVE ORDER CONCERNING |
| | ) DISCLOSURE OF CERTAIN MATERIALS |
| v. | ) |
| | ) |
| JOHN S. LIPTON, | ) |
| MARLYN D. HINDERS, | ) |
| DAVID L. JOHNSON, | ) |
| RICHARD B. LEONARD, | ) |
| WILLIAM H. NURICK, | ) |
| VICTOR H. PRESTON, | ) |
| DENISE TAYLOR-FRASER, | ) |
| WILLIAM TAYLOR-FRASER, and | ) |
| TERESA R. VOGT, | ) |
| | ) |
| Defendants. | ) |
| | ) |

        Upon the agreement of counsel for the government and counsel

for defendants, it is hereby ORDERED as follows:

1. The government has agreed to the early production of <u>Jencks</u> material of potential government witnesses including witness statements, memoranda of interview and agent notes ("the Material") in the above-referenced matter. The Material contains personal-identification information about potential witnesses for which there is no interest in public disclosure.

2. The Material produced by the government may be used by the defendant, defendant's counsel and any employees or agents of defendant's counsel solely in the defense of this case.

3. Defendants' counsel and defendants shall not disclose the Material directly or indirectly to any person except those assisting the defense, persons who are interviewed as witnesses, and potential experts ("authorized persons") during the course of the investigation and defense of this case.

4. The Material produced by the government shall not be copied or reproduced unless they are copied or reproduced for authorized persons to assist in the defense, and in that event, the copies should be treated in the same manner as the original material.

5. When providing the Materials to an authorized person, the defendant's counsel must inform the authorized person that the Materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

6. Defendants' counsel and defendants shall not leave copies of the Materials at the Metropolitan Detention Center, or any other detention facility, for any purpose. Nor may defendants be allowed

to maintain any records or notes of any personal identifying information as to a witness at the Metropolitan Detention Center or any other detention facility.

7.   This Protective Order does not restrict in any way Defendants' counsel's ability to show, discuss or otherwise use the Materials at meetings with any defendant at the Metropolitan Detention Center or any other detention facility.

Dated: April 30, 2008

                          Dale S. Fischer
                          United States District Judge

3