LAW OFFICES OF JUDITH ROCHLIN
JUDITH ROCHLIN, State Bar No. 068592
11209 National Boulevard, #420
Los Angeles, California 90064
Telephone: (310) 473-6208  Fax: (310) 235-1101
Email: Judyrochlin@aol.com

Attorney for Defendant David L. Johnson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 05-316-DSF |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| DAVID L. JOHNSON, Deft. No. 3, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, it is hereby ordered that Defendant David L. Johnson's Unopposed Motion to Continue Sentencing Date is GRANTED, and the sentencing in the above entitled matter is continued from January 23, 2012 at 8:30 a.m. to February 27, 2012 at 8:30 a.m.

Dated: 8/31/11

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
Judith Rochlin
Attorney for Defendant
David L. Johnson

Johnson.sentencing.
Proposed.order2.27.2012          1